LAURA MARSELLE, EXECUTRIX (ESTATE OF HENRY
MARSELLE) *v.* INEZ HORTON GAY ET AL.
(10725)

DALY, NORCOTT and HEIMAN, Js.

Argued May 12—decision released June 16, 1992

*Inez Horton Gay,* pro se, the appellant (named defendant).

*Gerald J. Sullivan,* for the appellee (plaintiff).

PER CURIAM. After carefully reviewing the record and briefs in this matter, we conclude that the trial court's refusal to open the default judgment and the judgment of foreclosure by sale was not improper.

The judgment is affirmed and the case is remanded to the trial court to reset the date of the foreclosure sale.